IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQT PRODUCTION COMPANY and EQM GATHERING OPCO, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNION TOWNSHIP, MICHALLE DUPRESS, SUZONNE BAYNHAM, LARRY SPEER, CARL HANFORD, and JOHN SEILER,<br><br>    Defendants. | No. 2:25-cv-00322<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

    Kindly enter the appearance of Joseph V. Schaeffer, Esquire as counsel for Plaintiffs EQT Production Company and EQM Gathering OPCO, LLC in the above-captioned action.

Respectfully submitted,

BABST, CALLAND, CLEMENTS and ZOMNIR, P.C.

Dated: March 5, 2025

By: */s/ Joseph V. Schaeffer*
    Joseph V. Schaeffer, Esquire
    PA ID #323256
    jschaeffer@babstcalland.com
    Two Gateway Center, Sixth Floor
    Pittsburgh, PA 15222
    (412) 394-5400

    *Counsel for Plaintiffs*
    *EQT Production Company and EQM*
    *Gathering OPCO, LLC*