#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQT PRODUCTION COMPANY and EQM GATHERING OPCO, LLC, <br><br> Plaintiffs, <br> vs. <br><br> UNION TOWNSHIP, MICHALLE DUPRESS, SUZONNE BAYNHAM, LARRY SPEER, CARL HANFORD, and JOHN SEILER, <br><br> Defendants. | Civil Action No. 2:25-cv-00322 <br><br> District Judge Cathy Bissoon |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs EQT Production Company and EQM Gathering OPCO, LLC file this Notice of Voluntary Dismissal. By and through their undersigned counsel, Plaintiffs hereby voluntarily dismiss this action.

Date: April 7, 2025

Respectfully submitted,

BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.

By:_____
Mark K. Dausch, Esquire
PA I.D. No. 205621
mdausch@babstcalland.com
Joseph V. Schaeffer, Esquire
PA I.D. No. 323256
jschaeffer@babstcalland.com
Sean R. Keegan, Esquire
PA I.D. No. 316707
skeegan@babstcalland.com
Devlin E. Carey, Esquire
PA I.D. No. 332768
dcarey@babstcalland.com
603 Stanwix Street
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
(412) 394-5655 – Phone
*Counsel for Plaintiffs EQT Production Company and EQM Gathering OPCO, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on the date set forth below, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: April 7, 2025           _____
                  Mark K. Dausch, Esquire